UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-209(1) JRT/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BENCKY LI,<br>Defendant. | **SATISFACTION OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT** |

The monetary imposition of $100.00 special assessment and $1,617.15 restitution in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the City of New York, State of New York, may immediately release the Abstract of Judgment recorded in said City Register's office of New York, as Document No. 01NL31782, in the amount of $1,717.15.

Dated: November 19, 2007

RACHEL K. PAULOSE
United States Attorney

Roylene A Champeaux

BY: ROYLENE CHAMPEAUX
Assistant U.S. Attorney
Attorney I.D. No. 154805
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600